TROY D. MABON JR
(Name)

P.O. BOX 5005
(Address)

CALIPATRIA, CALIF, 92233
(City, State, Zip)

V-70737 / 13-2-127
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
2008 FEB 11 PM 4: 11

RM

# United States District Court
## Southern District of California

TROY DOMINIC MABON JR,
(Enter full name of plaintiff in this action.)

              Plaintiff,

v.

DR. SHARON YOUNG,
DR. N. BARRERAS,
MTA. G. SALIZAR,
C. GRAY SRN,
(Enter full name of each defendant in this action.)

              Defendant(s).

'08 CV 0258 JLS CAB

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, TROY DOMINIC MABON JR, who presently resides at CALIPATRIA STATE PRISON P.O. BOX 5005 CALIPATRIA, CALIF, 92233, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at CALIPATRIA STATE PRISON (institution/place where violation occurred) on (dates) 12-15-06 (Count 1), 12-29-06 (Count 2), and 6-29-06 (Count 3).

§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **DR. SHARON YOUNG** (name) resides in **IMPERIAL COUNTY** (County of residence), and is employed as a **DOCTOR/PHYSICIAN** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: BECAUSE SHE'S A DOCTOR EMPLOYED BY C·D·C·R AND WAS ON DUTY IN HER OFFICIAL CAPACITY ACTING WITH BLATANT DISREGARD FOR MY RIGHTS WHEN THE VIOLATION OCCURED

Defendant **C. GRAY** (name) resides in **IMPERIAL COUNTY** (County of residence), and is employed as a **SUPERVISING REGISTERED NURSE II** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: BECAUSE SHE'S A NURSE EMPLOYED BY C·D·C·R AND WAS ON DUTY IN HER OFFICIAL CAPACITY WHEN THE VIOLATION'S OCCURED

Defendant **G. SALAZAR** (name) resides in **IMPERIAL COUNTY** (County of residence), and is employed as a **MEDICAL TECHNICIAN ASSISTANT** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: BECAUSE SHE A CORRECTIONAL "M·T·A" EMPLOYED BY C·D·C·R AND WAS ON DUTY IN HER OFFICIAL CAPACITY AT THE TIME OF THE VIOLATION HAPPENED

Defendant **DR. N. BARRERAS** (name) resides in **IMPERIAL COUNTY** (County of residence), and is employed as a **DOCTOR/PHYSICIAN** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: BECAUSE HES A correctional DOCTOR employed by C·D·C·R AND was on duty In HIS/HER official capacity At the time of the violation ( SEE STATEMENT OF FACTS ) FOR AND ON ALL FOUR DEFENDANTS

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>RIGHT TO MEDICAL CARE,</u>
<u>AND DUE PROCESS</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

SHARON YOUNG:

ON 12-15-06 I WAS SEEN BY DR. SHARON YOUNG AND WAS PRESCRIBED "ERYTHROMYCIN" FACE GEL FOR DERMATOLOGIC USE. MS. YOUNG IN HER OWN WORDS STATES IN MY SECOND LEVEL APPEAL RESPONSE (log no. CAL-B-07-00220) SEE ATTACHMENT A UPON INTERVIEW S. YOUNG DIDN'T RECALL BEING MADE AWARE THAT I HAD ANY ALLERGY TO ANY MEDICATION SHE ALSO STATES THAT SHE DID NOT SEE IT NOTED ON THE DOCTOR'S ORDERS I'M SUBMITTING A (1) PAGE DOCUMENT lAbled PHYSICANS ORDERS (AKA) DOCTOR'S ORDERS IT CLEARLY SHOWS AND STATES THAT MY ALLERGIES ARE LISTED AS BEING "ERYTHROMYCIN" ALSO NOTED IS WHAT WILL HAPPEN IF I'M GIVING THIS MEDICATION LASTLY NOTED ON THIS DOCUMENT IS THE FACT THAT CALIPATRIA STATE PRISON HAS KNOWN ABOUT AND HAVING HAD log DOCUMENTATION SHOWING ME BEING LISTED AS HAVING ALLERGIES SINCE 6-29-06.

C. GRAY "SRN":

VIOLATED MY DUE PROCESS RIGHTS ON 3-30-07 BY FILING A F<s>A</s>LSE. FIDC SECOND LEVEL APPEAL RESPONSE C. GRAY STATES IN HER MEMORANDUM REPORT ON 4-06-07 THAT MY APPEAL IS PARTIALLY GRANTED ON THE GROUNDS THAT MY UNIT HEALTH CARE RECORD HAS BEEN CORRECTED TO REFLECT ALLERGY TO "ERYTHROMYCIN" SRN GRAY NEVER AKNOWLEDGES THE FACT THAT BEFORE SHE MADE HER INQUIRY INVESTIGATION MY (UHR) ALREADY HELD EVIDENCE OF ME HAVING ALLERGIES TO ERYTHOMYCIN "A KNOWN DRUG ALLERGY" ON THESE GROUNDS C. GRAY HAS VIOLATED MY DUE PROCESS RIGHTS BY COVERING <s>UP THE</s> FACT THAT MY (UHR) DID IN FACT HOLD EVIDENCE OF MY ALLERGIES BEFORE SHE SUBMITTED HER WRITTEN REPORT I'M SUBMITTING A ONE PAGE DOCUMENT MARKED PLAINTIFFS B TO SHOW CAUSE OF PROOF TO THE ABOVE STATEMENT AS BEING FACT !!! RESPECTFULLY SUBMITTED

Count 2: The following civil right has been violated: __RIGHT TO MEDICAL CARE AND TO BE HELPED BY A HEALTH CARE PHYSICIAN__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

M.T.A G. SALAZAR:

ON 12-29-06 AND 12-31-06 I SPOKE TO MTA G. SALAZAR I HAD MY FLOOR OFFICER T. GOMEZ CALL THE NURSES OFFICE FOR ME WHEN HE CAME BY FOR COUNT WHICH HE DID (SEE ATTACHEDMENT MARK'D PLAINTIFFS C) MTA G SALAZAR CAME AND SPOKE TO ME I THEN TOLD HER THAT ON 12-15-06 I WAS GIVING "MEDS" FOR MY FACE THAT I'M ALLERGIC TO AND I'VE SUFFED A ALLERGIC REACTION (SEE ATTACHEDMENT MARK'D PLAINTIFFS D) AND I NEED TO SEE A DOCTOR SHE THEN TOLD ME "IT AIN'T NOTHING WE CAN DO FOR YOU" FILL OUT THIS HEALTH CARE SERVICE REQUEST FORM AND "THE DOCTOR WILL SEE WHEN THEY SEE YOU" AND STARTED TO WALK OFF THEN TOLD ME TO FILL OUT THE FORM AND GET IT TO HER BEFORE SHE LEAVE THE HOUSING UNIT WHICH I DID (SEE ATTACHEDMENT MARK'D PLAINTIFFS E) MS SALAZAR REFUSE TO DO ANYTHING TO HELP ME OR TREAT MY SYMPTOMS SHE LEFT ME IN MY CELL IN A ALLERGIC REACTIONAL STATE IN MUCH PAIN WITH MY FACE BURNED AND BLISTERED SWOLLEN WITH BLOODY PUS BOILS AND PUMPS MTA SALAZAR VIOLATED MY RIGHT TO MEDICAL CARE AND MY RIGHT TO FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT BY TELLING ME "~~SHE COULDN'T~~ DO ANYTHING FOR ME" AND JUST LEFT ME IN A REACTIONAL STATE. RESPECTFULLY SUBMITTED

Count 3: The following civil right has been violated: __MEDICAL MALPRACT-__
(E.g., right to medical care, access to courts,
__ICE, MEDICAL CARE VIOLATION__
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

1) Dr. N. Barreras 8

On 10-29-06 I was seen by Dr. N. Barreras I told Doctor Barreras that I had a allergy to Erythromycin and what will happen if I'm giving this medication in which he wrote down my allergies but do to his incompetence to follow C-D-C-R Title 15 Rule, Regulations I suffered a allergies related reaction that resulted **directly** from Dr. Barreras incompetence to up date my unit health care file record so that it's labled on the inside and outside to reflect my allergies to Erythromycin a known drug allergy that could have resulted in my death or other severe health complications Respectfully Submitted

Also see attachedment plaintiffs B

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ NA _____
Defendants: _____ NA _____

(b) Name of the court and docket number: _____ NA _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?]
_____ NA _____

(d) Issues raised: _____
_____
_____
_____

(e) Approximate date case was filed: _____ NA _____
(f) Approximate date of disposition: _____ NA _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

1. Filed 602 complaint, completed all three levels of Review and control all responses including Directors Level. Denied
2. Filed a Governmental claim with State Board of Control Denied

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____

_____

_____

_____

2. Damages in the sum of $ 100,000.00

3. Punitive damages in the sum of $ 350,000.00

4. Other: Any other relief Court deems proper

_____

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

10 09 08
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 2/05)

7

# EXHIBIT A

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

Date        : April 6, 2007

To          : Inmate Mabon, T   CDCR # J-70737
              B2-127

Subject     : **SECOND LEVEL APPEAL RESPONSE**
              **LOG NO:  CAL-B-07-00220**

**ISSUE:**   The appellant is submitting this appeal relative to Medication.

It is the appellant's position that he was given medication he is allergic to and that he had made S. Young, Physician Assistant (PA), aware of the allergy.

The appellant requests that an investigation be conducted and that he suffer no retaliation from staff.

**INTERVIEWED BY:**   C. GRAY, SRN, on March 30, 2007.

**REGULATIONS:** The rules governing this issue are:

California Code of Regulations, Title 15, Article (CCR) 3350. **Provision of Medical Care and Definitions**

**DISCUSSION:**   In consideration of this appeal, a review of the appeal and its attachments was conducted. The CCR and all applicable laws and procedures were also considered along with the contents of the appellant's Unit Health Record (UHR) and a personal interview.

A review of your Unit Health Record (UHR) indicates that you were seen on January 15, 2007, by S. Young, PA. Your UHR reflects that there was evidence of an allergic dermatitis but no evidence of any life threatening symptoms. After interviewing S. Young she did not recall being made aware that the appellant may have an allergy to any medication. She also stated, she did not see it noted on the Dr's order and that she had reviewed the front of the record which did not reflect any No Known Drug Allergies (NKDA). You UHR has been corrected to reflect Allergy to Erythromycin.

All staff personnel matters are confidential in nature. As such, results of any inquiry will not be shared with staff, members of the public, or inmates.

**DECISION:**   The appeal is **Partially Granted** at the Second Formal Level in that the appellant's UHR reflects an allergy to Erythromycin and that Per CCR Title15, no reprisal shall be taken against an inmate or parolee for filing an appeal.

The appellant is advised that his issue may be submitted for a Director's Level Review within 15 days of receipt of this response if desired.

C. GRAY, SRN
Supervising Registered Nurse II          Reviewed by:
Calipatria State Prison

K. BALL, D.O.
Chief Physician/Surgeon
Calipatria State Prison

CDC 1617 (3/89)

# EXHIBIT B

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/29/06 | 1023 | | 1) Pt seen b/o allergy to erythromycin |
| | | | 2) Cortisporin ear drops 4 drops ® ear QID x 5 days |
| | | | 3) Actifed 1 tab p.o. BID prn congestion x 2 weeks |
| | | | 4) Acetaminophen 500 mg 1 p.o. TID prn ear pain x 2 weeks |
| | | | 5) Refill Benzoyl Peroxide 10% apply to acne on face QHS x 30 days |
| | | | 6) Cipro 500 mg 1 p.o. BID x 10 days |
| | | | 7) F/u any 2 weeks |

N. BARRERAS, MD
PHYSICIAN & S...

ALLERGIES: Erythromycin

"my eye will be everything" CDP

ROOM/WING: B5-221

CDC NUMBER, NAME (LAST, FIRST, MI)
Moton, Troy
V20737
7-17-80

**PHYSICIAN'S ORDERS**

Confidential client information
See W & I Code, Sections 4514 and 5328

CDC 7221 (2/00)
STATE OF CALIFORNIA     OSP 00 35617    DEPARTMENT OF CORRECTIONS

# EXHIBIT C

**PLAINTIFF'S** C

ON 12/15/06 I TROY MABON WAS PRESCRIBED ERYTHROMYCIN 2% GEL FOR MY FACE I USED THE MEDICATION ON 12/28/06 ON 12/29/06 MY FACE SWOLL UP DO TO THE "MEDS" I SUFFED A ALLERGIC REACTION THAT BURN'D & BROKEN OUT MY FACE GIVING ME A COMBINATION OF "BOILS & BLOODY PUS BUMPS" FOR A NUMBER OF DAY'S I SPOKE TO NUMEROUS MTA'S WHO DID NOTHING FOR ME TO HELP ME THEY JUST LEFT ME SUFFERING AND IN MUCH PAIN!!! C/O GOMEZ CAME BY DOING COUNT FOR CLOSE CUSTODY INMATE'S I TOLD HIM WHAT HAD HAPPENED TO ME BECAUSE OF THE "MEDS" THAT I HAD TAKEN AND I ASK'D HIM COULD HE CALL THE MTA FOR ME AND HE DID I SPOKE TO MTA SALAZAR AND GIVE HER MY HEALTH CARE REQUEST FORM AND WAS SEEN BY THE MTA'S ON MY NEXT VIST.!!!

I'M ASKING C/O GOMEZ TO SIGN THIS PAPER AS A WITNESS JUST TO THE FACT'S OF HIM CALLING THE MTA FOR ME AND SEEING MY FACE BUMPED AND BLASTERD UP C/O GOMEZ IS MY HOUSEING UINT FLOOR OFFICER AND IS A WITNESS THAT MY CELL IS 13-2-127 AND THAT HIS CALLING THE MTA WAS THAT I TOLD HIM "I HAD A ALLERGIC REACTION"

APPLICANT SIGNATURE
*Troy Mabon Jr*
DATE: 4/11/07

WITNESS SIGNATURE/TITLE
*[signature]* /C/O

DATE: 4-11-07

# EXHIBIT D

PLAINTIFFS "G"

**CALIPATRIA STATE PRISON PHARMACY**
7018 BLAIR ROAD, CALIPATRIA, CA 92233-5001
MABON, PHONE: (760) 348-7000 EXT 5440 B02-127U

DR: SHARON YOUNG        RPH: TK        MFG: FO
RX: 585234- 0                          QTY:    1

ERYTHROMYCIN 2% GEL
APPLY 2 TIMES DAILY TO
AFFECTED AREA   2 RF

START: 12/15/06           STOP: 03/15/07

CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM PRESCRIBED.

# EXHIBIT E

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

863920
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL [X]  MENTAL HEALTH [ ]  DENTAL [ ]  MEDICATION REFILL [ ]

NAME: MABON, TROY
CDC NUMBER: V70737
HOUSING: B-2-127

PATIENT SIGNATURE: [signature]
DATE: 12-29-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem):
I WAS GIVING MEDS FOR MY FACE THAT I WAS ALLERGIC TOO AND I HAVE SUFFERED A ALLERGIC REACTION THAT HAS BURNED AND BROKEN OUT MY FACE. AND I'M IN SO MUCH PAIN THAT IT'S HARD FOR ME TO SLEEP. PLEASE HELP ME. "RESPECTFULLY" TROY. D. MABON. JR
[signature]

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

[ ] Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 12-31-06
Received by: G. Scler
Date / Time Reviewed by RN: 1/2/07  0200
Reviewed by: [signature]

S:  Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T:   P:   R:   BP:   WEIGHT:

A: [signature]
P:
[ ] See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:   EMERGENCY (IMMEDIATELY) [ ]   URGENT (WITHIN 24 HOURS) [ ]   ROUTINE (WITHIN 14 CALENDAR DAYS) [ ]
REFERRED TO PCP:
COMPLETED BY:   DATE OF APPOINTMENT:
                NAME OF INSTITUTION:

PRINT / STAMP NAME:   SIGNATURE / TITLE:   DATE/TIME COMPLETED:

CDC 7362 (Rev. 03/04)    Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Troy Dominic Mabon, Jr

2254  1983
FILING FEE PAID
Yes  No ✓
IFP MOTION FILED
Yes  No
COPIES SENT TO
Court ✓  Probe

DEFENDANTS

Young, et al

FILED
2008 FEB 11 PM 4:11
CLERK U.S.
SOUTHERN DISTRICT
BY RM DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Troy Dominic Mabon, Jr
PO Box 5005
Calipatria, CA 92233
V-70737

ATTORNEYS (IF KNOWN)

'08 CV 0258 JLS CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $  
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE  Docket Number

DATE  February 11, 2008   SIGNATURE OF ATTORNEY OF RECORD

R. Miller

CR