TROY DOMINIC MABON JR
PLAINTIFF/PETITIONER/MOVANT'S NAME

V-70737 / B-2-127
PRISON NUMBER

CALIPATRIA STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX 5005 CALIPATRIA, CA, 92233
ADDRESS

2254 ___  1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  Pro Se ___

FILED
2008 FEB 11  PM 4:11
CLERK US [DISTRICT COURT]
SOUTHERN DIST[RICT OF CALIFORNIA]
BY RM , DEPUTY

# United States District Court
## Southern District Of California

TROY DOMINIC MABON JR,
Plaintiff/Petitioner/Movant

v.

DR. SHARON YOUNG, DR. N. BARRERAS, M.T.A G. SALIZAR, SRN. C. GRAY,
Defendant/Respondent

Civil No. 08 CV 0258 JLS CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, TROY DOMINIC MABON JR,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration CALIPATRIA STATE PRISON
    Are you employed at the institution?        ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                                           H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ~~_____~~

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment     ☐ Yes ☒ No
    b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
    c. Pensions, annuities or life insurance              ☐ Yes ☒ No
    d. Disability or workers compensation                 ☐ Yes ☒ No
    e. Social Security, disability or other welfare       ☐ Yes ☒ No
    e. Gifts or inheritances                              ☒ Yes ☐ No
    f. Spousal or child support                           ☐ Yes ☒ No
    g. Any other sources                                  ☐ Yes ☒ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. GIFTS $200.00   NONE THAT WAS A ONE TIME THING I DON'T BE GETTING MONEY LIKE THAT I DON'T KNOW IF I'll EVER GET MONEY SENT TO ME AGAIN!!!

4. Do you have any checking account(s)? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
    a. Make:_____ Year:_____ Model:_____
    b. Is it financed? ☐ Yes ☐ No
    c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. __NONE__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __NONE__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __NONE__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __NONE__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. __I DON'T HAVE ANY DAY TO DAY EXPENSES!!!__

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__10 09 08__
DATE

__[signature]__
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___T. D. MABON___,
(NAME OF INMATE)

___V 70737___,
(INMATE'S CDC NUMBER)

has the sum of $___0___ on account to his/her credit at ___
___Calipatria State Prison___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $___45.00___,

and the *average monthly deposits* to the applicant's account was $___22.50___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**17 JAN 2008**
DATE

___A. Scrivens___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___S. Scrivens___
OFFICER'S FULL NAME (PRINTED)

___AC II___
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, <u>TROY DOMINIC MABON JR    V-70737</u>, request and authorize the agency holding me in
    (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

<u>1·09·08</u>                                    <u>[signature]</u>
DATE                                              SIGNATURE OF PRISONER

REC'D JAN 11 2008

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIPATRIA STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JUN. 30, 2007 THRU JAN. 17, 2008

ACCOUNT NUMBER  : V70737                BED/CELL NUMBER: FB0200000000127U
ACCOUNT NAME    : MABON, TROY DOMINIC       ACCOUNT TYPE: I
PRIVILEGE GROUP : B
                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION   COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
-----   ----  -----------   --------   ---------   --------   -----------    -------

06/30/2007    BEGINNING BALANCE                                                  0.00

10/12*DD30  CASH DEPOSIT    MR/ 702123              63.00                       63.00
11/19 FC02  DRAW-FAC 2      B-2  2892                           63.00            0.00
12/06*DD30  CASH DEPOSIT    MR/ 703211              27.00                       27.00
12/17 FC02  DRAW-FAC 2      B-2  3420                           27.00            0.00


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/04/05                    CASE NUMBER: 144197
COUNTY CODE:    ALA                         FINE AMOUNT: $    5,000.00

     DATE       TRANS.    DESCRIPTION                TRANS. AMT.    BALANCE
     ----       ------    -----------                -----------    -------

06/30/2007             BEGINNING BALANCE                             4,968.00

10/12/07      DR30     REST DED-CASH DEPOSIT            70.00-       4,898.00
12/06/07      DR30     REST DED-CASH DEPOSIT            30.00-       4,868.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
 ---------    ---------   -----------    --------     --------     ------------
     0.00        90.00         90.00         0.00         0.00             0.00


                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE