# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TROY DOMINIC MABOON JR | 08CV258 JLS (CAB) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| DR. N. BARRERAS | CIVIL ACTION |

FILED
2008 JUN 17 AM 8:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ RM DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CALIPATRIA STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7018 BLAIR ROAD, CALIPATRIA, CALIF, 92233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DR. SHARON YOUNG, SRN. C. GRAY
M.T.A. C/O G. SALAZAR  DR. N. BARRERAS
7018 BLAIR ROAD CALIPATRIA, CALIF, 92233

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓  FORMA PAUPERIS |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 JUN -2 P 1:0

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 5-19-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk  Scott | Date 6/2/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 06/02/08 - Mailed S&C
06/16/08 - Returned unexecuted. Subject is employed @ Centinela.
✱ New USM285 sent to plaintiff.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|