**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TROY. DOMINIC. MASON. SR | 08 CV 258 JLS (CAB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| C. GRAY, SRN SUPERVISING REGISTERED NURSE II | CIVIL ACTION |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CALIPATRIA STATE PRISON

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7018 BLAIR ROAD, CALIPATRIA, CALIF, 92233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DR. SHARON YOUNG, SRN. C. GRAY
M.T.A / C/O SALAZAR, DR. N. BARRERAS
7018 BLAIR ROAD CALIPATRIA, CA. 92233

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.: ✓ FORMA PAUPERIS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 5-29-08

RECEIVED U.S. MARSHALS SOUTHERN DISTRICT OF CALIFORNIA 2008 JUN -2

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 08 | 08 | Abbett | 6/2/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | | | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 06/02/08 - mailed SEC
07/01/08 - Rec'd waiver of service of summons.
Copy to court and plaintiff

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TROY, DOMINIC MASON SR | 08CV258 JLS (CAB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CORRECTIONAL OFFICER / M.T.A G. SALAZAR | Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CALIPATRIA STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7018 BLAIR ROAD CALIPATRIA, CALIF. 92233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DR. SHARON YOUNG, SRN. C. GRAY
M.T.A / C/O G. SALAZAR, DR. N. BARRERAS
7018 BLAIR ROAD CALIPATRIA, CALIF. 92233

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 4
- Check for service on U.S.A.: ✓  FORMA PAUPERIS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA 2008 JUN -2

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 5-18-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | | 6/2/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service | Time | am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 06/02/08 - mailed s+c
07/01/08 - Rec'd waiver of service of summons. copy to court and plaintiff

**PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Troy Dominic Mabon, Jr. <br><br> vs <br><br> Sharon Young, C Gray, G Salazar, N Barreras | **SUMMONS IN A CIVIL ACTION** <br> Case No.  08cv258 JLS (CAB) |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

>Troy Dominic Mabon, Jr.
>Calipatria State Prison
>PO Box 5005
>Calipatria, CA 92233

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | May 12, 2008 |
|---|---|
| Clerk of Court | DATE |
| *[signature]* By M. Zvers, Deputy Clerk | |

AO 440 (Rev 5/85) Summons in a Civil Action

## Waiver of Service of Summons

**To: United States Marshal**

RECEIVED 2008 JUL -1 P 1:42 U.S. MARSHAL SOUTHERN DIST CA

I acknowledged receipt of your request that I waive service of summons in the action of Troy Mabon Jr. which is case number <u>08CV258</u> in the United States District Court of the Southern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>June 2, 2008,</u> or within 90 days after that date if the request was sent outside the United States.

Date <u>July 1, 2008</u>

_____
Signature

Printed/typed name <u>William A. Buess</u>
(as <u>Deputy Attorney General</u>)
(of <u>Office of the Attorney General</u>)

Attorneys for <u>Correctional Officer Gabriella Salazar</u>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement may be taken against the defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

**To: United States Marshal**

RECEIVED 2008 JUL -1 P 1:42

I acknowledged receipt of your request that I waive service of summons in the action of <u>Troy Mabon Jr.</u> which is case number <u>08CV258</u> in the United States District Court of the Southern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>June 2, 2008,</u> or within 90 days after that date if the request was sent outside the United States.

Date <u>July 1, 2008</u>

<u>[signature]</u>
Signature
Printed/typed name <u>William A. Buess</u>
(as <u>Deputy Attorney General</u>)
(of <u>Office of the Attorney General</u>)

Attorneys for <u>Cynthia Gray, SRN II</u>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement may be taken against the defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.