1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  WILLIAM A. BUESS, State Bar No. 134958
   Deputy Attorney General
4   110 West A Street, Suite 1100
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone: (619) 645-2039
    Fax: (619) 645-2012
7   Email: William.Buess@doj.ca.gov

8  Attorneys for Defendants Gray and Salazar

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DOMINIC MABON, JR., | 08CV0258-JLS(CAB) |
| Plaintiff, | DEFENDANT GRAY'S NOTICE OF MOTION AND MOTION TO |
| v. | DISMISS (F.R.Civ.P. 12(b)) |
| S. YOUNG, et al., | Date: October 2, 2008<br>Time: 1:30 p.m. |
| Defendants. | Ctrm: 6<br>Judge: The Honorable Janis L. Sammartino |
| | NO ORAL ARGUMENT REQUIRED |

20       TO PLAINTIFF APPEARING PRO SE:

21       PLEASE TAKE NOTICE that on October 2, 2008, at 1:30 p.m., or as soon thereafter as

22  this matter may be heard in Courtroom 6 of the above-entitled court located at 940 Front Street in

23  San Diego, CA, the Honorable Janis L. Sammartino presiding, defendant C. Gray, SRN will move

24  and hereby does move this court for an order dismissing the Complaint Under the Civil Rights Act

25  42 U.S.C. § 1983 in its entirety as to defendant Gray pursuant to Federal Rules of Civil Procedure

26  ("F.R.Civ.P.") rule 12(b) on the grounds that the plaintiff named defendant Gray in her official

27  capacity only and that the court lacks jurisdiction. (12(b)(2).)  Additionally, on the grounds that

28  plaintiff failed to state a claim against moving party upon which relief can be granted. (12(b)(6).)

Defendant's Gray's Notice of Motion and Motion to Dismiss        Case No. 08cv0258-JLS(CAB)
1

1  This motion is based on all of the pleadings and filings constituting the file in this action,
2  this Notice of Motion and Motion to Dismiss, the Memorandum of Points and Authorities is Support
3  of the Motion, any opposition and reply to the opposition filed, and such argument that is permitted
4  by the court at the time of the hearing on the motion.

5  Dated: July 30, 2008

6  Respectfully submitted,

7  EDMUND G. BROWN JR.
Attorney General of the State of California

8  KRISTIN G. HOGUE
Supervising Deputy Attorney General

10  s/ *William A. Buess*

11  WILLIAM A. BUESS
Deputy Attorney General
12  Attorneys for Defendants Gray and Salazar

WAB:ew
Mabon.Notice of Motion.wpd
SD2008801592

# CERTIFICATE OF SERVICE

Case Name:   MABON v. YOUNG

No.:   08cv0258-JLS(CAB)

I declare:

On July 30, 2008, I electronically filed the following document(s):

DEFENDANT GRAY'S NOTICE OF MOTION AND MOTION TO DISMISS

DEFENDANT GRAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS

CERTIFICATE OF SERVICE

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Troy Dominic Mabon
V70737
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 30, 2008, at San Diego, California.

E Williams                                                                    /s/ E Williams
Declarant                                                                         Signature

SD2008801592
80265895.wpd