# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Troy Dominic Mabon, Jr.

V.

Sharon Young; C Gray; G Salazar; N Barreras;
Garcia; Robles; Barrio; Davilla; Ball

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv258-JLS(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report & Recommendation in its entirety. The motions to dismiss filed by the Defendants are granted and the claims against the Defendants are dismissed with prejudice.

| December 4, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer
(By) Deputy Clerk

ENTERED ON December 4, 2009